IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JIMMY T. BROWN**     **PETITIONER**

**v.**     **No. 3:18CV174-NBB-DAS**

**WARDEN JOSH DAVIS**     **RESPONDENT**

Consolidated With

**JIMMY T. BROWN**     **PETITIONER**

**v.**     **No. 3:20CV75-DMB-RP**

**WARDEN JOSH DAVIS**     **RESPONDENT**

## ORDER CONSOLIDATING CASES

The court takes up, *sua sponte*, the consolidation of petitioner Jimmy T. Brown's two pending petitions for writs of *habeas corpus*: *Brown v. Davis*, 3:18CV174-NBB-DAS and *Brown v. Davis*, 3:20CV75-DMB-RP. Mr. Brown challenges the same conviction in each petition; indeed, the petitions appear to be identical. As such, the Clerk of the Court is **DIRECTED** to **CONSOLIDATE** these two cases.

**SO ORDERED** this, the 23rd day of June, 2020.

                                                    /s/ Neal Biggers
                                                   NEAL B. BIGGERS
                                                   SENIOR U. S. DISTRICT JUDGE