# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JIMMY T. BROWN**                                                                              **PETITIONER**

**v.**                 **No. 3:18CV174-NBB-DAS**

**WARDEN JOSH DAVIS**                                                       **RESPONDENT**

Consolidated With

**JIMMY T. BROWN**           **PETITIONER**

**v.**        **No. 3:20CV75-DMB-RP**

**WARDEN JOSH DAVIS**          **RESPONDENT**

## ORDER HOLDING CASE IN ABEYANCE

In accordance with the memorandum opinion issued today, the instant petition for a writ of *habeas corpus* is **STAYED** and **HELD IN ABEYANCE** to give the petitioner the opportunity to exhaust his state remedies:

(1) ***If he chooses, the petitioner may initiate the process to properly present these claims to the Mississippi Supreme Court within 60 days from the date of this order***.

(2) The petitioner must file a notice with the court on or before that deadline informing the court whether he intends to seek relief in state court and – if he is pursuing post-conviction relief – the status of the proceedings.

(3) If the petitioner does not file a timely notice with the court, then the instant case will be dismissed without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 9th day of July, 2021.

                                                                  /s/ Neal Biggers
                                                                  NEAL B. BIGGERS
                                                                  SENIOR U. S. DISTRICT JUDGE